1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700

   Counsel for Defendant BEALL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-545 JSW (LB) |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| JOSEPH BEALL, | |
| Defendant. | |

   On August 9, 2012, defendant Joseph Beall was released on a $100,000 unsecured bond to reside in the third party custody of an individual who signed his bond. As a condition of release, Mr. Beall was placed on electronic monitoring. He was originally permitted to leave his residence for medical or legal visits only. Mr. Beall has been fully compliant with all of his conditions of release. As such, he requests that the Court modify his conditions such that he be permitted to leave his residence from 9:00 a.m. to 3:00 p.m., Monday through Friday, for the primary purpose of securing employment. The curfew shall be subject to modification by pretrial services to accommodate Mr. Beall's employment schedule. Pretrial services officer K.J. Gibson supports this modification, and the government does not object to the modification.

IT IS SO STIPULATED.

                                              MELINDA HAAG
                                              United States Attorney

9/24/12                                           /s/
_____             _____
DATED                                          RANDY LUSKEY
                                              Assistant United States Attorney


                                              GEOFFREY HANSEN
                                              Acting Federal Public Defender

9/24/12                                           /s/
_____             _____
DATED                                          RITA BOSWORTH
                                              Assistant Federal Public Defender

In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall be permitted to leave his residence between the hours of 9:00 a.m. and 3:00 p.m. from Monday through Friday for the primary purpose of securing employment, and for any other reason as approved by Pretrial Services. The curfew shall be subject to modification by Pretrial Services in order to accommodate defendant's employment schedule. All other conditions of release shall remain in place.

September 26, 2012                           _____
DATED                                          LAUREL BEELER
                                              United States Magistrate Judge