STEVEN KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BEALL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH BEALL,<br>Defendant. | No. CR 12-545 JSW (LB)<br><br>FIFTH STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY CONDITIONS OF RELEASE |

On August 9, 2012, defendant Joseph Beall was released on a $100,000 unsecured bond to reside in the third party custody of an individual who signed his bond. As a condition of release, Mr. Beall was placed on electronic monitoring. He was originally permitted to leave his residence for medical or legal visits only. His bond conditions have since been modified as follows:

- 9/26/12: the Court modified Mr. Beall's conditions of release to permit him to leave his residence during weekdays for the primary purpose of securing employment. Since that condition took effect, Mr. Beall has secured employment at Labor Ready, a temporary employment agency.
- 10/17/12: the Court further modified Mr. Beall's conditions of release to permit him to leave his home between the hours of 10:00 a.m. and 8:00 p.m. on Saturdays to spend time

with his friends and family.

- 11/21/12: the Court modified Mr. Beall's conditions such that his curfew would be extended on Thanksgiving and Christmas.
- 12/4/12: the Court modified his conditions of release to extend his curfew on to 10:00 p.m. on all days.
- 1/24/13: at the request of Pretrial Services, the Court removed the condition that Mr. Beall be subject to electronic monitoring.

On January 24, 2013, Mr. Beall was sentenced to 51 months imprisonment. He was ordered to voluntarily surrender to his designated facility on March 29, 2013. Mr. Beall comes before the Court to request a modification of his conditions of release to permit him to travel out of the Northern District of California, specifically to Reno, Nevada, for a wedding from February 22 to 24, 2013. He will agree to provide his exact travel itinerary and lodging information to the pretrial services officer for approval before traveling.

Mr. Beall has been in compliance with all his conditions of release, he has maintained employment, he has tested negative for illegal substances, and he was granted voluntary surrender by Judge White.

Pretrial services officer K.J. Gibson does not oppose this modification. The government also does not oppose this modification.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

2/4/13 /s/
______________________ ______________________________
DATED RANDY LUSKEY
Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender

2/4/13 /s/

DATED

RITA BOSWORTH
Assistant Federal Public Defender

In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall be permitted to travel outside of the Northern District of California to Reno, Nevada, from February 22 to February 24, 2013. The defendant shall provide a copy of his itinerary and lodging information to pretrial services prior to travel for approval. All other conditions of release shall remain in place.

February 5, 2013

DATED

LAUREL BEELER
United States Magistrate Judge