DAVINA PUJARI (State Bar No. 183407; dp@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorney for Defendant
MICHAEL WARREN JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-00545 JSW (LB) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| MICHAEL WARREN JR., | |
| Defendant. | |

On August 10, 2012, defendant Michael Warren, Jr. was released on a $100,000 unsecured bond. Initially, Mr. Warren was permitted to leave his residence for court appearances, attorney appointments, treatment services, approved medical appointments and employment. Since his release, Mr. Warren's bond conditions have been modified as follows:

- On November 8, 2012, the Court modified Mr. Warren's conditions of release to permit Mr. Warren to leave his residence for activities approved by Pretrial Services.
- On December 17, 2012, the Court modified Mr. Warren's conditions of release to permit Mr. Warren to leave his residence daily between the hours of 5:00 a.m. and 10:00 p.m.
- On January 24, 2013, the Court modified Mr. Warren's conditions of release to remove the location monitoring special bond condition.

///

Mr. Warren is an iron worker and has been offered work on a construction project in Davis, California (in the Eastern District of California). His current conditions of release restrict his travel to within the Northern District of California. Thus, Mr. Warren comes before the Court to request a modification of his conditions of release to permit him to travel outside of the Northern District of California, specifically, to Davis, California, for employment purposes. Mr. Warren will provide the specific dates and times of travel to his pretrial services officer before traveling.

Mr. Warren has been in compliance with all of his conditions of release, has maintained employment and continues to participate in drug counseling and testing.

Pretrial services officer K.J. Gibson does not opposed this modification. The government does not oppose this modification.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

February 14, 2013　　　　　　　　　　/s/ Randy Luskey
DATED　　　　　　　　　　　　　　RANDY LUSKEY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

February 14, 2013　　　　　　　　　　/s/ Davina Pujari
DATED　　　　　　　　　　　　　　DAVINA PUJARI
　　　　　　　　　　　　　　　　　　Counsel for Defendant

In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall be permitted to travel outside of the Northern District of California to Davis, California for the purpose of employment. The defendant shall provide information to his pretrial services officer about his dates and times of travel before traveling. All other conditions of release shall remain in place.

February 22, 2013　　　　　　　　　　_____
DATED　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2

STIPULATION AND [PROPOSED] ORDER
U.S.D.C Case No. CR 12-00545 JSW (LB)

1108684.1-DXP